IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACQUELINE L. CONNERS et al.                                                PLAINTIFFS

v.                                    CASE NO. 4:14CV00002 BSM

GUSANO'S CHICAGO STYLE PIZZERIA et al.                          DEFENDANTS

## ORDER

Plaintiffs Laken Neal's, Sarina Ellis's, Lacie Morgan's, and Katey Tiller's motion to be voluntarily dismissed [Doc. No. 100] is granted and their claims against all defendants are dismissed with prejudice.

IT IS SO ORDERED this 9th day of October 2014.

_____
UNITED STATES DISTRICT COURT