# Gusano's Server Tip Pooling Agreement

# Location: Little Rock

I am in agreement with Gusano's Tip Pooling Policy; tipping out a customary percentage of my sales from each shift to the kitchen, hostess, & or bartender.

I am aware that it is not a law or legal obligation to participate but choose to contribute in order to show appreciation to my fellow co-workers for their help and the work they provide to assist me with my job on a daily basis.

_____  
**Employee Name**

_____  
**Employee Signature**

_____  
**Manager Signature**

_____  
**Date Agreement Signed**

EXHIBIT 3

HB-000149