# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JACQUELINE L. CONNERS et al.**                                                             **PLAINTIFFS**

**v.**                                    **CASE NO. 4:14CV00002 BSM**

**CATFISH PIES, INC., et al.**                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the notice of acceptance of judgment filed by plaintiffs Jacqueline Conners, Marissa Shoemaker, Leesa Gilmer, and Amy Schichtl [Doc. No. 217], judgment is hereby entered in their favor and against defendants Catfish Pies, Inc., Three Buddies Incorporated, and Ben Biesenthal in the amount of $16,021.36, to be apportioned and allocated among plaintiffs as set forth in the notice of acceptance.

Plaintiffs are directed to file their motion for attorney's fees and costs no later than fourteen days after the entry of this judgment.

DATED this 22nd day of June 2015.

_____
UNITED STATES DISTRICT JUDGE